**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
300 Quarropas Street
White Plains, NY 10601

---

| | |
|---|---|
| IN RE: Verrino Construction Services Corp | CASE NO.: 21–22478–shl |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 13–4132836 | CHAPTER: 7 |

---

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Mark S. Tulis is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: June 23, 2023

                                                            Sean H. Lane, Bankruptcy Judge